IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PATRICK B. KOMESHAK, d/b/a KOMESHAK
CHIROPRACTIC, and DALE FISCHER, D.C.,
d/b/a LEBANON CHIROPRACTIC,
individually and on behalf of others
similarly situated,**

**Plaintiffs,**

**v.**

**CONCENTRA, INC.,**

**Defendant.**                                                     No. 06-CV-103-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is a motion submitted by Plaintiffs to both shorten the time for briefing and reschedule the hearing related to Plaintiff's motion to remand. (Doc. 8.) As an initial matter, the Court notes that the hearing originally scheduled by Judge Murphy before this case was transferred has already been cancelled. (Doc. 9.) With regard to the remainder of the Plaintiffs' requested relief, the Court **DENIES** Plaintiffs' motion. (Doc. 8.) The Local Rules of the Southern District of Illinois will apply with full force in this matter. Remand is a serious question and to give the Defendant less time than the rules provide would be prejudicial.

**IT IS SO ORDERED**.

Signed this 16th day of February, 2006.

/s/      David    RHerndon
**United States District Judge**