IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PATRICK B. KOMESHAK, d/b/a KOMESHAK
CHIROPRACTIC, and DALE FISCHER, D.C.,
d/b/a LEBANON CHIROPRACTIC,
individually and on behalf of others
similarly situated,

Plaintiffs,

v.

CONCENTRA, INC.,

Defendant.                                               No. 06-CV-103-DRH

### ORDER

**HERNDON, District Judge:**

THIS MATTER coming before the Court, and the Court being fully advised in the premises, hereby **GRANTS** Plaintiffs' Motion to Stay Briefing on Defendant's Motion to Dismiss pending a ruling on jurisdictional issues.  (Doc. 30.)  If the Court retains jurisdiction in this case, Plaintiffs will have thirty days from the entry of the Court's order to respond to Defendant's motion to dismiss (Doc. 16).

**IT IS SO ORDERED**.

Signed this 15th day of March, 2006.

/s/       David   RHerndon
**United States District Judge**