UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**PATRICK B. KOMESHAK, d/b/a
KOMESHAK CHIROPRACTIC, and
DALE FISCHER, D.C., d/b/a LEBANON
CHIROPRACTIC, individually and on behalf
of others similarly situated,**

    **Plaintiffs,**

 v.

**CONCENTRA INC.,**

    **Defendant.**

Civil Action No. 3:06-cv-103-DRH

## ORDER

**HERNDON, District Judge:**

  On March 30, 2006, an Order was entered in this case remanding the case to the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois. The Defendant, CONCENTRA, INC., has now filed a Motion to Stay Remand of this case while it pursues an appeal to the United States Court of Appeals for the Seventh Circuit with respect to said Order of remand.

  Under **28 USC, § 1453(c)(1)** a federal "Court of Appeals may accept an appeal from an Order of a District Court granting or denying a Motion to Remand a class action to the State Court from which it was removed if application is made to the Court of Appeals not less than 7 days after the entry of the Order."

  Having considered Defendant's Motion, it is hereby ordered that said

Motion is granted.  Remand of this case is stayed to and including the date of April 6, 2006.

It is further ordered that if Defendant timely files a Petition for Leave to Appeal from said Order of remand, remand of this case will be stayed pending the disposition of the said appeal.

**IT IS SO ORDERED.**

Signed this 4th day of April, 2006.


/s/        David    RHerndon
**United States District Judge**