IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PATRICK B. KOMESHAK, d/b/a KOMESHAK
CHIROPRACTIC, and DALE FISCHER, D.C.,
d/b/a LEBANON CHIROPRACTIC,
individually and on behalf of others
similarly situated,**

**Plaintiffs,**

**v.**

**CONCENTRA, INC.,**

**Defendant.**                                      No. 06-CV-103-DRH

### ORDER

**HERNDON, District Judge:**

On April 4, 2006, this Court stayed this matter pending an appeal of its order of remand (Doc. 38). (Doc. 42.) On April 27, 2006 the Seventh Circuit denied Defendant's motion to appeal pursuant to **28 U.S.C. § 1453(c)(1)**. (Doc. 43.) The Court therefore **LIFTS** the stay that had previously been granted. This matter shall now be **REMANDED** to the Circuit Court of St. Clair County Illinois.

**IT IS SO ORDERED**.

Signed this 4th day of May, 2006.

/s/        David   RHerndon
**United States District Judge**